IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICARDO RAMON RAGNEL LOPEZ,**<br><br> *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00035-TES-CHW-8** |

**ORDER CONTINUING TRIAL IN THE INTEREST OF JUSTICE**

  Before the Court is Defendant Ricardo Ramon Rangel Lopez's Motion to Continue Pretrial Conference [Doc. 99]. On May 14, 2025, the Grand Jury returned a three-count First Superseding Indictment [Doc. 60] charging Defendant with Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349. Defendant was arrested on May 21, 2025, pled not guilty at his arraignment on June 18, 2025, and remains detained pending trial. [Doc. 74]; [Doc. 77].

  Defendant seeks another continuance for more time to review the 2 terabytes of material turned over in discovery for this case. [Doc. 99, p. 1]. The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by continuing this case outweigh the interests of Defendant and the public in a speedy trial. *See id.* Because the discovery in this case involves voluminous digital evidence from multiple devices—much of which is in a foreign language—concerning multiple alleged bank fraud schemes spanning several

jurisdictions, failure to grant the requested continuance would deny all parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion to Continue Pretrial Conference [Doc. 99]. Since "the time for trial has not yet run" with respect to his co-defendants and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **September 3, 2025**. Trial is **CONTINUED** to **October 20, 2025**, as to all Defendants. The Court expects the parties to shortly file a motion seeking to declare the case complex and allowing the parties to confer and jointly submit a comprehensive scheduling order. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

**SO ORDERED**, this 31st day of July, 2025.

S/ Tilman E. Self, III_____
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**