IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:24-CR-35(TES) |
| | : | |
| RICARDO RANGEL LOPEZ, and | : | |
| JUANILEIDYS OCHOA VASQUEZ, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## SCHEDULING ORDER

The Court hereby amends and supplements the Standard Pretrial Order and accepts the proposed schedule submitted by the Government as set forth below:

| | |
|---|---|
| Deadline for Government to file Notice of Expert Testimony | January 30, 2026 |
| Deadline to file 404(b) notices | January 30, 2026 |
| Deadline to file Pre-Trial Motions | January 30, 2026 |
| Deadline for Defendants to file Notice of Expert Testimony | February 13, 2026 |
| Responses to all Pre-Trial Motions Due | February 20, 2026 |
| **Motion Hearings and Pretrial Conference** | **Wednesday, March 4, 2026** |
| Motions in Limine Due | March 27, 2026 |
| Deadline to provide notice of intent to use evidence under Fed. Rule of Evid. 902 | March 27, 2026 |
| Response to Motions in Limine Due | April 10, 2026 |
| Requests to Charge and Proposed Verdict Form Due | April 27, 2026 |
| Proposed Voir Dire Due | April 27, 2026 |
| Objections to Proposed Voir Dire Due | May 1, 2026 |

| Exhibit List and Witness List Due to the Court | May 1, 2026 |
|---|---|
| **Trial** | **May 4, 2026** |

Except as modified in this Order, the Standard Pretrial Order remains in effect.

    **SO ORDERED**, this <u>30th</u> day of <u>  October  </u>, 2025.


                             <u>  s/Tilman E. Self, III  </u>
                             TILMAN E. SELF, III
                             UNITED STATES DISTRICT COURT
                             MIDDLE DISTRICT OF GEORGIA